UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24549-CIV-JLK

AISNEL DURAN and all others similarly  )
situated under 29 U.S.C. 216(b),        )
                                        )
                Plaintiff,              )
       vs.                              )
                                        )
INTERMARK FOODS, INC. a/k/a             )
INTERMARK MARKETING SERVICES,           )
INC.,                                   )
MARIA EPRES IBANEZ,                     )
                                        )
                Defendants.             )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

Half-time Overtime Claim:

Period Claimed: 12/10/12-12/10/15
Half-time rate claimed: $6.36
Total Weeks claimed: 156
Hours per week: 15
Total wages unpaid and liquidated damages: $14,882.40 X 2 = $29,764.80

Fees/costs:
J.H. Zidell, Esq.: 1.5 hours X 390 hr = $585
K. David Kelly, Esq.: .6 hours X 350 hr = $210
Rivkah Jaff, Esq., Esq.: .6 hours X 225 hr = $135
Costs: $530

**Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 12/14/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**