UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-24549-CV-KING/TORRES**

AISNEL DURAN,

    Plaintiff,
vs.

INTERMARK FOODS, INC.,
and MARIA EPRES IBANEZ,

    Defendants.
_____/

## NOTICE RESCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by **Senior U.S. District Judge James Lawrence King**, (D.E. #7), a settlement conference previously set for February 17, 2016 in this matter is rescheduled before **United States Magistrate Judge Edwin G. Torres** at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom 5, Miami, FL 33132, on **Wednesday, April 6, 2016 at 1:30 p.m.**

The settlement conference shall be attended by all parties and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

**DONE** in Miami, Florida, this __22th__ day of January 2016.

                                          STEVEN M. LARIMORE
                                          CLERK OF COURT

                                          Maedon Clark
                                          Deputy Clerk