UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24549-CIV-JLK

AISNEL DURAN, ROMIRO ROSETE, ROLANDO GONZALEZ. and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

INTERMARK FOODS, INC. a/k/a INTERMARK MARKETING SERVICES, INC.,
MARIA EPRES IBANEZ,

Defendants.

---

**PLAINTIFFS' AMENDED STATEMENT OF CLAIM**

Now comes the Plaintiffs through the undersigned and files the above-described Statement of Claim as follows:

Half-time Overtime Claim for Aisnel Duran:

Period Claimed: 12/10/12-12/10/15
Half-time rate claimed: $6.80
Total Weeks claimed: 156
Hours per week: 20
Total wages unpaid and liquidated damages: $21,242.50 X 2 = $42,485.00

Half-time Overtime Claim for Rolando Gonzalez

Period Claimed: 12/10/12-11/14
Half-time rate claimed: $6.80
Total Weeks claimed: 100
Hours per week: 20
Total wages unpaid and liquidated damages: $13,600 X 2 = $27,200

Half-time Overtime Claim for Ramiro Rosete

Period Claimed: 12/10/12-06/2015
Half-time rate claimed: $5.00
Total Weeks claimed: 122

Hours per week: 40
Total wages unpaid and liquidated damages: $24,400 X 2 = $48,800

Total Including Liquidated Damages

$59,242.50 x 2 = **$118,485**

**Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 06, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028