**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 15-24549-CIV-KING

AISNEL DURAN, RAMIRO ROSETE,
ROLANDO E. GONZALEZ, ALFREDO
GOUIRRE-BLANCO,

Plaintiffs,

vs.

INTERMARK FOODS, INC., and MARIA
EPRES IBANEZ,

Defendants.
_______________________________________/

**ORDER DENYING MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

**THIS MATTER** comes before the Court upon Plaintiffs' Motion for Leave to File Fourth Amended Complaint (DE 38), filed October 26, 2016. The Court has additionally considered Defendant's Response in Opposition to the Motion (DE 39), filed November 4, 2016, and Plaintiffs' Reply in Support of the Motion (DE 42) filed November 7, 2016.

Through the instant motion, Plaintiffs seek leave to file an amended complaint which will add an additional plaintiff to this action. This action has been pending since December 10, 2015, and the Court entered its Scheduling Order (DE 13) on January 5, 2016. Additionally, the initial parties to this action have already participated in a Court-ordered settlement conference before Magistrate Judge Edwin G. Torres. DE 7; DE 31.

The motion asserts that amendment will promote judicial economy and relieve the Court of the burden of multiple lawsuits. However, the motion fails to show good cause for the delay in seeking the instant amendment, and said delay would prejudice Defendants by depriving them of the usual time for the orderly completion of discovery and motion practice with respect to the proposed additional plaintiff.[1]

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' Motion for Leave to File Fourth Amended Complaint **(DE 38)** be, and the same is, hereby **DENIED**.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 22nd day of November, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: All counsel of record

[1] By contrast, the plaintiff whom Plaintiffs seek to add to this case will not be prejudiced; he may file his own action and seek relief therein.