UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-CV-24549-JLK

AISNEL DURAN, RAMIRO ROSETE,
ROLANDO E. GONZALEZ, ALFREDO GOUIRRIE-BLANCO,
and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

INTERMARK FOODS, INC. a/k/a
INTERMARK MARKETING SERVICES, INC.,
MARIA EPRES IBANEZ

Defendants.
_______________________________________________/

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD TO PLAINTIFF ALFREDO GOUIRRIE-BLANCO**

Defendants, INTERMARK FOODS, INC., a/k/a INTERMARK MARKETING SERVICES, INC., and MARIA EPRES IBANEZ (collectively "Intermark") pursuant to applicable Local Rules for the U.S. District Court, Southern District of Florida, hereby file and serve their Response in Opposition to Plaintiff's Counsel's Motion to Withdraw As Counsel of Record to Plaintiff Alfredo Gouirrie-Blanco, and as grounds therefor, states as follows:

1. On November 14, 2016, Defendants filed and served their Motion to Compel Discovery and for Sanctions based on Plaintiff Alfredo Gouirrie-Blanco's repeated failures, without good cause, to attend his own deposition and for failure to complete and swear under oath his responses to Interrogatories propounded on him on August 29, 2016 (the "Motion for Sanctions"). [See D.E. 43]

2. Only **after** Intermark filed and served the Motion for Sanctions (which has now been fully briefed), did Plaintiff's counsel move to withdraw from representation of Plaintiff Gouirrie-Blanco [D.E. 48, filed on November 28, 2016].
3. Defendants have objected to Plaintiffs' Motion to Withdraw [See D.E. 48]. It appears that Plaintiff's counsel's Motion to Withdraw is an attempt to circumvent this Court's ruling on and disposition of the fully briefed Motion for Sanctions.
4. Plaintiff's counsel's Motion to Withdraw should be denied or not considered by this Honorable Court until **after** the Court rules on Defendants' pending Motion for Sanctions.

## CONCLUSION

Based on the foregoing, as well as Defendants' pending Motion for Sanctions [D.E. 43], Defendants respectfully request that this Honorable Court deny Plaintiff's counsel's Motion to Withdraw, or alternatively, defer ruling on it until after this Court rules on Defendants' pending Motion for Sanction, and any and all such other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the cm/ecf filing portal to J. H. Zidell, Esq., and Rivkah Jaff, Esq., of J.H. Zidell P.A., Counsel for Plaintiffs on this 28th day of November 2016.

Respectfully submitted,

DANZ & KRONENGOLD, P.L.
Counsel for Defendants
10620 Griffin Road, Suite 201
Cooper City, Florida 33328
Telephone: (954) 530-9245
Facsimile: (954) 616-5738
By: /s/ Alan D. Danz
Alan D. Danz

Florida Bar No. 948934
Amy L. Kronengold
Florida Bar No. 899021
kronengold@danzlaw.net